**William G. RODGERS, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 03–3233.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 12, 2003.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).